## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **MONICA RYUN**, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Case no. 11-CV-2264 EFM/JPO |
| | ) |
| **CONVERGYS CORPORATION** | ) |
| an Ohio corporation, | ) |
| | ) |
| **CONVERGYS CUSTOMER** | ) |
| **MANAGEMENT GROUP INC.** | ) |
| an Ohio corporation, | ) |
| | ) |
| and | ) |
| | ) |
| **CONVERGYS INFORMATION** | ) |
| **MANAGEMENT GROUP INC.** | ) |
| an Ohio corporation, | ) |
| | ) |
| Defendants. | ) |

### COMPLAINT FOR DAMAGES

Monica Ryun, by and through her counsel, hereby submits her Complaint for Damages against defendants Convergys Corporation, Convergys Customer Management Group Inc. and Convergys Information Management Group Inc.

### PARTIES

1. Plaintiff Monica Ryun ("Ryun") is a citizen and residence of Clay County, Missouri.

2. Defendant Convergys Corporation ("Convergys") is a corporation incorporated under the laws of the state of Ohio with its principal place of business in Cincinnati, Ohio.

3. Defendant Convergys Customer Management Group Inc. ("Convergys CMG") is a corporation incorporated under the laws of the state of Ohio with its principal place of business in Cincinnati, Ohio.

4. Defendant Convergys Information Management Group Inc. ("Convergys IMG") is a corporation incorporated under the laws of the state of Ohio with its principal place of business in Cincinnati, Ohio.

5. With respect to the conduct alleged in this complaint, Convergys, Convergys CMG and Convergys IMG acted in affiliation with one another and acted in concert, so that Convergys, Convergys CMG and Convergys IMG are responsible for the acts of the other, and are jointly responsible and liable for the conduct alleged herein and the damages alleged herein.

6. With respect to the conduct alleged in this complaint, Convergys, Convergys CMG and Convergys IMG were joint employers of Ryun, such that Convergys, Convergys CMG and Convergys IMG are responsible for the acts of the other, and are jointly responsible and liable for the conduct alleged herein and the damages alleged herein.

## JURISDICTION AND VENUE

7. This Court has proper subject matter over this action under 28 U.S.C. § 1331 and 42 U.S.C. § 2000e-5.

8. Venue is proper in this Court because Convergys, Convergys CMG and Convergys IMG did or does business in Johnson County, Kansas, because a substantial portion of the wrongful acts giving rise to the claims asserted by Ryun against Convergys, Convergys CMG and Convergys IMG occurred in Johnson County, Kansas, and because the majority of witnesses with information relevant to Ryun's claims for relief are located in Johnson County, Kansas.

## FACTUAL BACKGROUND

9. Ryun was an employee of Convergys, Convergys CMG and Convergys IMG starting in July 6, 2010 as a collections representative.

10. Ryun was pregnant at the time of her hire by Convergys, Convergys CMG and Convergys IMG.

11. At the time of her hire, Ryun was told by Convergys, Convergys CMG and Convergys IMG that, provided she submitted paperwork within 10 days, she was entitled to six weeks unpaid leave with proof of care by a physician.

12. On November 9 and November 10, 2010, Ryun called into Convergys, Convergys CMG and Convergys IMG to notify her employer that she would be absent due to illness related to her pregnancy.

13. On November 12, 2010, Ryun again called into Convergys, Convergys CMG and Convergys IMG to notify her employer that she would be absent due to illness related to her pregnancy. Ryun was hospitalized due to complications with her pregnancy.

14. On November 13, 2010, Ryun again called into Convergys, Convergys CMG and Convergys IMG to notify her employer that she would be absent due to her hospitalization.

15. On November 16, 2010, Ryun was notified that her employment had been terminated. Ryun was not given the opportunity to submit her paperwork documenting care by a physician.

## COUNT I – SEX DISCRIMINATION

16. Ryun incorporates by reference herein all preceding paragraphs of this complaint.

17. Ryun is a member of a protected class, female, under Title VII of the Civil Rights Act.

18. Convergys, Convergys CMG and Convergys IMG terminated Ryun's employment on November 16, 2010

19. Ryun's gender was a motivating factor in the decision by Convergys, Convergys CMG and Convergys IMG to terminate Ryun's employment on November 16, 2010.

20. Further, Ryun was subject to disparate treatment by Convergys, Convergys CMG and Convergys IMG, in that Ryun's termination was a result of her request for medical leave relating to her pregnancy.

21. Further, Ryun's unlawful treatment in connection with and related to her termination arose from Convergys's, Convergys CMG's and Convergys IMG's unlawful discrimination of Ryun on the basis of her gender, as well as the custom and practice of Convergys, Convergys CMG and Convergys IMG of discriminating against other employees on the basis of their gender. This includes, but is not limited to, the custom and practice of Convergys, Convergys CMG and Convergys IMG of not terminating or taking other disciplinary action against similarly situated male employees.

22. The actions of Convergys, Convergys CMG and Convergys IMG as alleged herein were intentional, willful and calculated toward Ryun and constitute willful violations of Title VII of the Civil Rights Act.

23. As a result of the conduct of Convergys, Convergys CMG and Convergys IMG, Ryun has suffered and continue to suffer humiliation and general emotional distress.

24. Because the illegal and discriminatory actions of Convergys, Convergys CMG and Convergys IMG were intentional, willful, malicious and outrageous, and were taken with conscious disregard or reckless indifference to Ryun's rights, Ryun is entitled to exemplary and punitive damages in an amount to be determined following relevant discovery.

WHEREFORE, plaintiff Monica Ryun prays for judgment against defendants Convergys, Convergys CMG and Convergys IMG in an amount that is fair and reasonable for actual damages, compensatory and punitive damages, all costs, expenses, expert witness fees and attorneys' fees incurred herein, for interest at the highest lawful rate, and for such other relief as the Court deems just and proper.

### COUNT II – PROMISSORY ESTOPPEL

25. Ryun incorporates by reference herein all preceding paragraphs of this complaint.

26. At the time of her hire, Ryun was informed that, as a matter of policy at Convergys, Convergys CMG and Convergys IMG, Ryun was allowed to take up to six weeks of medical leave upon proof of care by a physician.

27. On November 9, 10, 12 and 13, 2010, Ryun was under the care of a physician resulting from her pregnancy.

28. Ryun took medical leave on November 9, 10, 12 and 13, 2010 in reliance of the representation by Convergys, Convergys CMG and Convergys IMG.

29. Ryun reasonably relied on the representation by Convergys, Convergys CMG and Convergys IMG concerning her right to take medical leave to her detriment, in that Ryun was terminated as a result of her taking medical leave.

30. As a direct and proximate result of Ryun's reliance upon the representation by Convergys, Convergys CMG and Convergys IMG, Ryun has suffered damages, an amount to be determined at trial.

WHEREFORE, plaintiff Monica Ryun prays for judgment against defendants Convergys, Convergys CMG and Convergys IMG in an amount that is fair and reasonable, all costs, and

expenses incurred herein, for interest at the highest lawful rate, and for such other relief as the Court deems just and proper.

## DESIGNATION OF PLACE OF TRIAL

Plaintiff Monica Ryun designates Kansas City, Kansas as the place for trial in this case.

## JURY DEMAND

Plaintiff Monica Ryun hereby demands a jury trial as to all issues so triable.

**CASTLE LAW OFFICES of KANSAS CITY, P.C.**

/s/ Brian R. Barjenbruch
Brian R. Barjenbruch        KS #21523
Andrew Schendel             KS #24045
818 Grand Blvd, Suite 700
Kansas City, MO 64106
(816) 283-0303 – Telephone
(816) 842-0016 – Facsimile
bbarjenbruch@castlelaw-kc.com

**ATTORNEYS FOR PLAINTIFF**